*AUDILETT LAW PC*
335 NORTH WILMOT RD SUITE 500
TUCSON, ARIZONA 85711-2636
(520) 748-2440
Email: daa@audilettlaw.com

Daryl A. Audilett, Esq.
State Bar No. 009007; PCC No. 2036
Attorney for Defendants Yuma County, Yuma County Jail District; Sheriff Leon Wilmot; Detention Sergeant Martin Sanchez; Detention Officer William Valdez; Senior Detention Officer Jasmine Saldana; Sheriff's Deputy Maria Rosales; former Sheriff's Deputy Hayato Johnson; Detention Sergeant Ricardo Villarreal; Detention Officer Francisco Perez-Sarmiento; Senior Detention Officer Oscar Ortiz; Detention Officer Sonia Valdez; former Detention Officer Charles Crawford, former Detention Officer Samantha Quale, former Detention Officer Jonathan Rodriguez (Yuma County Defendants)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Winona Stevens; Winona Stevens as Conservator for the Minor M.S., <br><br> Plaintiffs, <br><br> v. <br><br> City of Yuma, Arizona; Yuma Police Officer Jonathan Castlegrante; Yuma Police Officer Arteaga; County of Yuma, AZ; Yuma County Jail District; Sheriff Leon Wilmot; Detention Sergeant Sanchez; Detention Officer Jonathan Rodriguez; Detention Officer William Valdez; Detention Officer Jazmin Saldana; Detention Officer Maria Rosales; Detention Officer Hayato Johnson; Detention Officer Ricardo Villareal; Detention Corporal Perez Sarmiento; Detention Corporal Oscar Ortiz; Detention Officer Sonia Valdez; Detention Officer Charles Crawford; Detention Officer Samantha Quayle; Does 1-20, inclusive, <br><br> Defendants. | NO. CV-20-00487-PHX-JJT (MTM) <br><br> NOTICE OF SERVICE OF YUMA COUNTY DEFENDANTS' SECOND SUPPLEMENTAL MIDP RESPONSES <br><br><br> (The Honorable John J. Tuchi) |

*Stevens v. City of Yuma, Arizona, et al.*
US District Court No. CV-20-00487-PHX-JJT (MTM)

Pursuant to General Order 17-08, Defendants give notice that on this date they served on all counsel by mail and email their Second Supplemental Response to the Mandatory Discovery Requests.

DATED this 29th day of July, 2021.

*AUDILETT LAW PC*

/s/ Daryl Audilett

_____
Daryl A. Audilett
Attorney for Defendants Yuma County, Yuma County Jail District; Sheriff Leon Wilmot; Detention Sergeant Martin Sanchez; Detention Officer William Valdez; Detention Officer Jasmine Saldana; Sheriff's Deputy Maria Rosales; former Sheriff's Deputy Hayato Johnson; Detention Officer Ricardo Villareal; Detention Officer Francisco Perez-Sarmiento; Senior Detention Officer Oscar Ortiz; Detention Officer Sonia Valdez; former Detention Officer Charles Crawford, former Detention Officer Samantha Quale, former Detention Officer Jonathan Rodriguez

CERTIFICATE OF SERVICE

I hereby certify that on July 29th, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

C. Candy Camarena, Esq.
CORNELIUS CANDY CAMARENA, PC
217 S. 2nd Avenue
Yuma, AZ 86364
**Attorney for Plaintiffs**

*Stevens v. City of Yuma, Arizona, et al.*
US District Court No. CV-20-00487-PHX-JJT (MTM)

Jody L. Broaddus, Esq.
Marc J. Victor, Esq.
ATTORNEYS FOR FREEDOM
3185 South Price Road
Chandler, AZ 85248
**Attorneys for Plaintiffs**

Robert Grasso, Esq.
GRASSO LAW FIRM P.C.
2250 East Germann Road, Suite 10
Chandler, AZ 85286
**Attorneys for City of Yuma, Arteaga, Castlegrante**

By /s/ Karen Audilett

3