Stevens v City of Yuma, Arizona, et al.
US District Court No. CV 20-00487-PHX-JJT (MTM)
1-24-22 Supplement to Separate Statement of Facts in Support of Motion for Summary Judgment filed 1-14-22
Yuma County Defendants

## EXHIBITS

26    Declaration of Yuma County Sheriff's Office Detective Guy Avenetti, with Exhibit A, description of jail video

27    Color Copy of 2-15-17 Booking Photo of Jorden Stevens

EXHIBIT 26

Declaration of Detective Guy Avenetti

1.  My name is Guy Avenetti. I am a Deputy with the Yuma County Sheriff's Office. I have been employed as a law enforcement officer by the Sheriff's Office for __23__ years. Before February 15, 2017, I held the title of detective for __10__ years.

2.  I was assigned to be the lead investigator into the circumstances surrounding the death of Jorden Stevens (hereafter "Stevens") in the Yuma County Detention Facility. In addition to interviewing, or having another investigator interview, the detention officers, I personally reviewed the jail video footage that shows Stevens during his February 15, 2017, incarceration at the Yuma County Detention Facility (hereafter "jail").

3.  The four-panel combined and simultaneous view of the video of Stevens from approximately 1327 hours to 13:52:42 hours depicts the interactions between Stevens and the detention officers and includes recovery efforts after Stevens became unresponsive, and includes the City of Yuma Fire Department EMS personnel arriving and taking over the care of Stevens and the removal of Stevens from the jail. The four views are titled:

    1.  ADMITTING – Admitting PTZ (upper left-hand corner)
    2.  ADMITTING – Cell 173 (upper right-hand corner)
    3.  ADMITTING – Med Interview (lower left-hand corner)
    4.  ADMITTING – MC Camera 9 (lower right-hand corner)

4.  I wrote a Supplemental Report that contains a summary of my review of the video of Stevens' movements in the jail on February 15, 2017. Attached here as Exhibit A is a true and accurate copy of the supplemental report pages in which I summarized what is contained in the video described in ¶ No. 3 above between 1327 hours to 1352 hours, depicting the interactions between Stevens and the detention officers, pp. 66 – 69.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January __20__, 2022.

_____
Detective Guy Avenetti



　　door.　At approximately 1315 hours he walks over to a prisoner that is lying on the ground sleeping(Prisoner Jorge FIGUEROA) and he kicks him on the legs and says something to him. He then goes back and lies down on the south bench for a minute or so and then sits up and begins talking to one of the other prisoners.

- At approximately 1319 hours Prisoner STEVENS gets up and walks over to a prisoner Daniel SANTORO sitting on the bench along the east wall closest to the cell door and stands in front of him, but then goes to the cell door he looks out the door window and then goes back and stands in front of the prisoner again.　It appears that he is talking to him or possibly arguing with him as again he is being animated with his hands towards the prisoner Daniel SANTORO.　He continues to talk to this prisoner Daniel SANTORO for about a minute and at the same time he keeps going back to the cell door to look out the window.
- At approximately 1320 hours Prisoner STEVENS goes back over to prisoner FIGUEROA lying on the ground and again kicks him (possibly to wake him up) and he bends over him like he is talking to him.　He then goes back behind the privacy wall and then comes out taking his shirt off and going to the cell door.　He then goes back in front of the prisoner on the east bench and continues to talk/argue with him and puts his shirt back on.　He continues like this for another minute and then he appears to be getting agitated because he again takes his shirt off this time throwing it behind him and continues to talk/argue with both the prisoner on the ground and the one on the east bench.　He continues like this for a couple more minutes going between the prisoner on the east bench and the cell door.　At approximately 1325 hours he puts his shirt back on and then walks out of the cell door.
- At approximately 1335 hours all of the prisoners that are in cell #171 get up and go to the window of the cell door to look out.

At this point I had to switch back to the other CD with the rest of the video cameras.　I began watching at approximately 1320 hours and Prisoner STEVENS does not show in any of the camera feeds until 1326 hours when he is being escorted by two Detention Officers to the shower areas.　The following is a breakdown of the actual incident as I watch the video footage:

- At approximately 1327 hours while standing in the hallway outside the Admitting area shower room Prisoner STEVENS is secured with handcuffs in the front. (see interview with D.O. VALDEZ, D101 for information pertaining to why he is handcuffed)
- At approximately 1328 hours Prisoner STEVENS is escorted into the shower area by D.O. VALDEZ, D101
- At approximately 1329 hours Cpl. ORTIZ, DC24 enters the admitting area and stands outside the shower area.　D.O. JOHNSON, D132 is the second Officer assisting Officer VALDEZ with getting Prisoner STEVENS ready to be released.
- It is clear that something is not going right as usually there is only one Officer in the shower area with a prisoner unless he is being uncooperative or has been combative and for a supervisor to also be present would show that there is something going on out of the ordinary.
- At approximately 1331 hours Prisoner STEVENS is seen at the shower room door with no shirt on and his hands are still handcuffed and his uniform shirt is around his hands.　There appears to be a discussion going on between Prisoner STEVENS and all three Detention Officers.　At about this time Sgt. SANCHEZ walks into the admitting area and joins the discussion at the shower door.
- At approximately 1332 hours Prisoner STEVENS is escorted by both Officer VALDEZ and JOHNSON using escort holds on both arms away from the shower area and headed back into the

- main day room area of the Admitting area followed closely by both Cpl ORTIZ and Sgt. SANCHEZ.
- The video camera in the admitting dayroom area is then turned towards holding cell #173 and Prisoner STEVENS is escorted to the door of cell #173. Just as he gets to the door it appears that Prisoner STEVENS tries to pull away or fight from going into the holding cell. The Officers then push Prisoner STEVENS against the door jam. He is held there for about 30 seconds and then it appears that he becomes compliant as he is then let away from the wall and is again escorted by both officers back to the shower area.
- As he is being escorted back to the shower area it appears that he is talking to the other prisoners in the admitting area or somebody just out of the view of the camera. The camera view follows the officers and Prisoner STEVENS to the corner of the hallway across from the medical screening room and the shower area. (See diagram of the Admitting area attached as part of this report) They all stop there. There are two prisoners standing against the wall in this area who are getting ready to be released, they were later identified as Joshua RILEY and Desmond BLAND. It appears that Prisoner STEVENS is talking to them as he is being held against the wall by the officers. (See interview with Officer VALDEZ and Sgt. SANCHEZ regarding what is said to these prisoners by Prisoner STEVENS)
- At approximately 1334 hours the two prisoners are taken by Cpl. ORTIZ to holding cells in the staging area between the exit door and an internal door where walk-ins and summons are processed into and out of the facility.
- Prisoner STEVENS appears to be getting more agitated as both officers keep moving to get better control of Prisoner STEVENS as he keeps moving around and arguing with the officers.
- For the next couple of seconds it appears that Sgt. SANCHEZ is talking to Prisoner STEVENS.
- At approximately 13:35:22 hours as Sgt. SANCHEZ starts moving to a position behind prisoner STEVENS. As he does this Prisoner STEVENS tries to follow his movement and Officers VALDEZ and JOHNSON attempt to stop his movement. This begins the altercation between them.
- As Prisoner STEVENS attempts to pull away from the Officers they try to gain control of him. Prisoner STEVENS pulls away and ends up against the wall on the opposite side of the hallway next to the medical screening room doorway. At this point both officers are behind prisoner STEVENS and still have a hold of his arms. Sgt. SANCHEZ is standing in the middle of the hallway with his issued TASER drawn, but just watching.
- Prisoner STEVENS continues to try and pull away from the officers and this struggle brings him around back into the center of the hallway. It appears that at this time Officer VALDEZ and JOHNSON attempt to take prisoner STEVENS to the ground. Prisoner STEVENS can be seen still watching Sgt. SANCHEZ and trying to pull away from Officer VALDEZ and JOHNSON.
- The Officers are finally able to get prisoner STEVENS to the ground, but the momentum of the struggle forces him to go down face first into the doorway of the medical screening room with Officer VALDEZ and JOHNSON going down with him.
- At 13:35:42 prisoner STEVENS can be seen in the video camera feed from the Medical Screening room. He has now rotated and is now on his back and Officer VALDEZ can be seen off to the side of him still holding onto his right arm.
- At 13:35:53 Officer JOHNSON can be seen moving around in the hallway to the same side as Officer VALDEZ. Cpl. ORTIZ also comes from the holding area and runs to the Admitting area day room to secure the prisoners that were out in the dayroom.
- At this time Sgt. SANCHEZ is trying to assist the officers with gaining control of prisoner STEVENS.
- At 13:36:07 Cpl. ORTIZ comes back into the frame with a set of leg shackles and kneels down at the feet of prisoner STEVENS and tries to apply the leg shackles.

- At 13:36:27 in the Medical screening room view Sgt. SANCHEZ can be seen applying the Taser (Drive stun) to the abdominal area of prisoner STEVENS. Due to the constant moving around of prisoner STEVENS the Taser can be seen moving around on the abdominal area. You can also see prisoner STEVENS moving around quite a bit and kicking his legs as well.
- At 13:36:29 the first two Officers responding to the backup call arrive in the admitting area. (Officers J. RODRIGUEZ, D167 and M. ROSALES, D49) Both immediately begin assisting in restraining prisoner STEVENS.
- At 13:36:33 four more officers arrive in the admitting area. (Officers S. QUALE, D106, S. VALDEZ, D124, C. CRAWFORD, D121 and Cpl. J. HERNANDEZ, DC20) Cpl. HERNANDEZ stands back in the hallway while the other officers try to assist in restraining prisoner STEVENS.
- At 13:36:44 Sgt. SANCHEZ can be seen holstering his Taser back on his belt. At this time the only officer seen controlling the upper body of prisoner STEVENS is Officer VALDEZ, D101.
- At 13:36:46 prisoner STEVENS is dragged out of the medical screening room into the hallway outside the room. At 13:36:50 officer J. SALDANA, D130 and Officer C. CRAWFORD, D121 arrive. At 13:37:00 two more officers arrive (K. KING, D171 and J. HARDEY, D151)
- During this time the struggle has continued and has moved out into the hallway between the admitting administration window and the medical screening room. By this time due to the small area in which this struggle is occurring I am unable to see prisoner STEVENS except for brief glimpses of parts of his body as he continues to struggle.
- At 13:37:36 I counted 7 officers standing around the struggle while five or six can be seen with hands on the prisoner.
- At 13:37:53 it appears that some of the officers are being told to clear the area as the crowd around the struggle thins out to about 5 officers with hands on and another 7 still standing around the struggle. Three of these are supervisors giving orders. (Sgt. SANCHEZ, CPL ORTIZ and Cpl. HERNANDEZ)
- At 13:38:41 there are only 4 officers seen with hands on at this time. Although over the next few seconds there are a lot of officers standing around the struggle it appears that there are only 4 officers who are actually engaged in the struggle during this time. Over the next couple of minutes there is still quite a bit of movement on the ground, but there are still too many officers crowded around the incident to be able to see what is happening on the ground.
- At 13:42:39 the officers begin taking prisoner STEVENS to holding cell 173. In the video 5 officers can be seen with hands on prisoner STEVENS and another 7 officers were standing around and following the group. The camera follows the group all the way to holding cell #173.
- At 13:42:50 the video shows officers pulling prisoner STEVENS into the holding cell #173 feet first and head near the door. There are only four officers that go into the holding cell at this time. As soon as they set him down it appears that they begin struggling with his arms and legs and he is still resisting.
- One officer is seen struggling with prisoner STEVENS' legs and three officers appear to be trying to control prisoner STEVENS' upper body.
- At approximately 13:44:33 it appears that the struggle slows and there does not seem to be as much resistance being displayed by prisoner STEVENS
- At approximately 13:44:43 it appears that the officers move prisoner STEVENS into a "Recovery position" and it appears that they are removing the "spit mask" from prisoner STEVENS' head.
- At approximately 13:45:30 the officers roll prisoner STEVENS onto his back and immediately begin chest compressions.
- At 13:45:49 RN Loretta VILLARREAL comes into the holding cell. She can be seen assessing

- prisoner STEVENS and then providing rescue breaths as officers continue providing chest compressions.
- At approximately 13:49:23 another nurse is seen bringing in the AED to connect it to prisoner STEVENS. At 13:49:47 the nurse pushes the AED activation button and the officers back away from prisoner STEVENS. (**According to the nurse the AED advised "No shock advised, continue CPR"**)
- At approximately 13:49:52 Officers begin chest compressions again.
- At approximately 13:51:11 prisoner STEVENS is rolled over onto his side (Recovery Position)
- At approximately 13:51:36 prisoner STEVENS is rolled back onto his back and CPR is continued.
- At approximately 13:51:54 prisoner STEVENS is rolled back into the Recovery Position.
- At approximately 13:52:12 prisoner STEVENS is rolled back onto his back and CPR is continued.
- At approximately 13:52:29 prisoner STEVENS is rolled back into the Recovery Position.
- At approximately 13:52:42 Yuma Fire Department (YFD) personnel walk into the holding cell. Prisoner STEVENS is still in the recovery position.
- At approximately 13:52:56 prisoner STEVENS is rolled back onto his back and CPR is continued.
- At approximately 13:53:12 CPR is stopped while they prepare to take prisoner STEVENS out of the holding cell to provide more room for YFD.
- At approximately 13:53:23 prisoner STEVENS is carried out of the holding cell into the day room of the admitting area.
- Once prisoner STEVENS is out in the dayroom area he is placed onto a backboard and YFD takes over with CPR and emergency care. At approximately 13:53:55 the leg restraints and handcuffs are removed by Detention Officers.
- At approximately 14:07:48 hours prisoner STEVENS is taken from the Detention Facility by YFD

Once I had finished reviewing the video surveillance Inv. MCDOWELL and I went to the Detention Facility to meet with the 10 officers that were identified as the ones who put hands on prisoner STEVENS. They were identified as:

1. William VALDEZ, D101
2. Hayato JOHNSON, D132
3. Jonathan RODRIGUEZ, D167
4. Jasmine SALDANA, D130
5. Maria ROSALES, D49
6. Sgt. SANCHEZ, DS16
7. Cpl. Oscar ORTIZ, DC24
8. Sonia VALDEZ, D124
9. Charles CRAWFORD, D121
10  Samantha QUALE, D106

Once at the Detention Facility we were informed that several of the officers had been placed on administrative leave pending the internal investigation into this incident and would need to be called in. Due to them being on administrative Leave they could not be compelled to come in to be photographed. Officers SALDANA, Sonia VALDEZ and CRAWFORD declined to be photographed or to come in to meet with us. Officer J. RODRIGUEZ was out of town on scheduled PTO and was not available to come in to meet with us. The other 7 officers were photographed and the following injuries were noted:

EXHIBIT 27



Better copy of booking photo of 2/15/17    Same as YCSO 00549