**Marc J. Victor, SBN 016064**
**Jody L. Broaddus, SBN 020122**
ATTORNEYS FOR FREEDOM
3185 South Price Road
Chandler, Arizona 85248
Phone: (480) 755-7110
Fax: (480) 857-0150
Marc@AttorneysForFreedom.com
Jody@AttorneysForFreedom.com

CORNELIUS CANDY CAMARENA, P.C.
**C. Candy Camarena, SBN 12657**
217 S. 2nd Avenue
Yuma, Arizona 85364
Phone: (928) 782-0550
Fax: (928) 782-0530
Candy@camarenalaw.com
*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Winona Stevens; and Winona Stevens as Conservator for The Minor M.S., | Case No.: 2:20-cv-00487-JJT |
| Plaintiffs, | |
| vs. | **NOTICE OF RESOLUTION** |
| City of Yuma, Arizona; Yuma Police Officer Johnathan Castlegrante; Yuma Police Officer Arteaga; County of Yuma, AZ; Yuma County Jail District; Sheriff Leon Wilmot; Detention Sergeant Sanchez; Detention Officer Jonathan Rodriguez; Detention Officer William Valdez; Detention Officer Jazmin Saldana; Detention Officer Maria Rosales; Detention Officer Hayato Johnson; Detention Officer Ricardo Villareal; Detention Corporal Perez Sarmiento; Detention Corporal Oscar Ortiz; Detention Officer Sonia Valdez; Detention Officer Charles Crawford; Detention Officer Samantha Quayle; Does 1-20, inclusive, | |
| Defendants. | |

Plaintiff Winona Stevens, individually and as Conservator for the Minor M.S., hereby gives notice that the parties have reached a full resolution of this matter. However, because this matter involves a minor, probate court approval of the resolution is required. Plaintiff Winona Stevens has been appointed as conservator of the minor plaintiff, and Plaintiff's counsel is submitting appropriate documents for approval of the resolution. As such, Plaintiff anticipates a stipulation and order to dismiss will be filed in this matter in approximately 30 to 45 days.

DATED this 14th day of March, 2022.

ATTORNEYS FOR FREEDOM

By: */s/ Jody L. Broaddus*
Jody L. Broaddus, Esq.
Marc J. Victor, Esq.
*Attorneys for Plaintiffs*

**CERTIFICATE OF MAILING**

I hereby certify that on March 14, 2022, I electronically transmitted this Notice of Service of Discovery to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to the following registrant, and a copy was also sent by first class mail to:

Daryl A. Audilett, Esq.
AUDILETT LAW, PC
335 North Wilmot Road, Suite 500
Tucson, Arizona 85711
*Attorney for the Yuma County Defendants*

Cornelius C. Camarena, Esq.
LAW OFFICES OF CORNELIUS CAMARENA
225 West Second Avenue
Yuma, Arizona 85364
*Attorney for Plaintiffs*

*/s/ Andrea Yirak*