# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Winona Stevens, | No. CV-20-00487-PHX-JJT (MTM) |
| Plaintiff, | **ORDER** |
| v. | |
| City of Yuma, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Dismissal with Prejudice (Doc. 67).

**IT IS ORDERED** granting the parties' Stipulation for Dismissal with Prejudice (Doc. 67).

**IT IS FURTHER ORDERED** this action is dismissed with prejudice, the parties to bear their own costs and fees.

**IT IS FURTHER ORDERED** Defendants' Motion for Summary Judgment (Doc. 52) is denied as moot.

**IT IS FURTHER ORDERED** the Clerk of the Court is directed to terminate this action.

Dated this 18th day of May, 2022.

Honorable John J. Tuchi
United States District Judge